# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JONATHAN LEE CHILDS         : | |
|                             : | |
|     Plaintiff,              : | |
| v.                          : | |
|                             : | No. 3:11-cv-75 (CAR) |
|                             : | |
| BARRAY HASTON, Sherriff, et al. : | |
|                             : | |
|     Defendants.             : | |
| _____     : | |

## ORDER ON MAGISTRATE JUDGE'S ORDER & RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc 10] to dismiss all claims against Officer Jane Doe, "Medical Doctor," Sheriff Barry Haston, Undersheriff "John Doe," Jail Administrator Major Mike Thompson, and Sergeant Steve Greene. Plaintiff has not filed an objection to the Recommendation. Having considered the Recommendation, this Court agrees with the findings and conclusions for the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants Officer Jane Doe, "Medical Doctor," Sheriff Barry Haston, Undersheriff "John Doe," Jail Administrator Major Mike Thompson, and Sergeant

1

Steve Greene are **DISMISSED**.  Plaintiff's claim against Sergeant Chris Turman is allowed to proceed beyond the frivolity review stage.  The Court reminds Plaintiff of his obligation to follow the requirements set forth in the Magistrate Judge's Order and Recommendation.

    **SO ORDERED,** this  18th day of October, 2011.

                                            S/  C. Ashley Royal
                                            C. ASHLEY ROYAL
                                            UNITED STATES DISTRICT JUDGE

LMH