IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JONATHAN LEE CHILDS, | : | |
| | : | |
| Plaintiff, | : | CASE NO. |
| v. | : | 3:11-CV-75 (CAR) |
| | : | |
| CHRIS THURMAN, | : | |
| | : | |
| Defendant. | : | |

_____

ORDER ON THE RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 28] that Plaintiff Jonathan Lee Childs's Motion for Default Judgment be granted and that Plaintiff be awarded a total of $5,041.00 in damages. No objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Report and Recommendation [Doc. 28] is hereby **ADOPTED** and **MADE THE ORDER OF THIS COURT.** Plaintiff's Motion for Default Judgment [Doc. 19] is hereby **GRANTED** and Plaintiff is **AWARDED** the total sum of $5,041.00 in damages.

1

SO ORDERED, this 2nd day of July, 2012.

S/  C. Ashley Royal  
C. ASHLEY ROYAL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT

AES